UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK EDDIE QUINTERO,<br><br>Petitioner,<br><br>v.<br><br>FIDENCIO N. GUZMAN, Warden,<br><br>Respondent. | Case No. 2:24-cv-02120-AB-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

 Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation of the U.S. Magistrate Judge (Dkt. 21).  No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed.  The Court accepts the report, findings, and recommendations of the Magistrate Judge.

 IT IS THEREFORE ORDERED that Judgment be entered denying the Petition with prejudice as untimely and for failure to state cognizable grounds for review.

DATED:  July 30, 2025

                 _____
                 HON. ANDRÉ BIROTTE JR.
                 UNITED STATES DISTRICT JUDGE