JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK EDDIE QUINTERO, | Case No. 2:24-cv-02120-AB-KES |
| Petitioner, | |
| v. | **JUDGMENT** |
| FIDENCIO N. GUZMAN, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the Petition is denied with prejudice.

DATED: July 30, 2025

_____
HON. ANDRÉ BIROTTE JR.
UNITED SlaTATES DISTRICT JUDGE